UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

2025 JAN 22  P 1: 25

DAVID HALPERN, Plaintiff,

v.

BRIAN C. WHITE, J.S.C.,

MICHELLE SMITH.,

Defendants.

## COMPLAINT FOR VIOLATION OF DUE PROCESS RIGHTS

To the Honorable United States District Court for the District of New Jersey:

I, David Halpern, by and through my undersigned counsel, bring this complaint against Defendants Brian C. White, J.S.C., and Michelle Smith, alleging violations of my due process rights under 42 U.S.C. § 1983.

### PARTIES:

1.  Plaintiff David Halpern is a resident of Pennsylvania.

2.  Defendant Hon. Brian C. White is a Judge in the Family Court, Ocean County, New Jersey.

3.  Defendant Michelle Smith is the Law Clerk to the Superior Court in the State of New Jersey.

## NATURE OF THE COMPLAINT

This complaint alleges that Defendants have violated my right to due process by failing to remain impartial and acting in concert with my spouse's attorney, Miriam Zakrin, Esq. And issued bench warrant without notice or hearing and took away my due process, (see the Supreme Court New Jersey: State V. Diloreto,218 N.J Super. 444 (App. Div.1987), also arrested the plaintiff with a warrant that issued without jurisdiction and in violation of the plaintiff due process.

## FACTS:

1. On or about May 30, 2024, my spouse, Michal Halpern, by her attorney Miriam Zakrin, Esq., filed a motion for support without complaint in Ocean County, with a notice date of July 5, 2024.

2. The motion incorrectly listed my brother's address as my address, despite knowledge that I do not reside there.

3. On or about July 1, 2024, my brother Jacob Halpern filed a certification in the Ocean County court, stating that I do not live with him and informing the court that he had previously notified my spouse's attorney of this fact.

4. Despite this certification, my spouse and her attorney failed to serve me with the motion.

5. Pursuant to New Jersey Rules, a motion or complaint must be served within 35 days of filing; failure to do so requires dismissal of the case.

6. On or about July 10, 2024, Defendant Judge Brian White, without providing Plaintiff David Halpern with proper notice or an opportunity to be heard, issued a bench warrant against Plaintiff, which constitutes a violation of Plaintiff's constitutional right to due process.

7. At no time prior to the issuance of the bench warrant did Defendant Judge Brian White conduct a hearing or make any inquiry into Plaintiff's ability to pay, as required by the NJ Rules 5:3-7 and 1:10-3:

8.      On or about January 13. 2025 the plaintiff was arrested with the warrant issued by Judge White, warrent that issued without jurtisdiction and in violation of the due process of the plaintiff.

## CLAIMS FOR RELIEF

### Violation of Due Process Rights under 42 U.S.C. § 1983

A. Declaratory Relief: A declaratory judgment that Judge White's actions and the court clerk were unlawful and violated my constitutional rights.

B. Injunctive Relief: An injunction prohibiting Judge White from continuing to engage in unlawful conduct or presiding over any case related to me.

C. Procedural Relief: Reversal of orders; an order reversing or vacating any unlawful orders or decisions made by Judge White in any action related to me.

D. Disciplinary Action: A request that the court recommend disciplinary action against Judge White for misconduct.

Respectfully submitted,

*David Halpern*
_____        ____

DAVID HALPERN

Plaintiff

172 Evergreen Hollow Rd.

Effort, PA 18830

Davidehalpern@gmail.com

917-6623643

DEFENDANT:

Brain C. White J.S.C. superior court of new jersey

County of ocean.

120 Hooper Ave. Toms River NJ 08753

Courtroom #15

Michelle Smith

The clerk of Superior Court of new jersey

25 Market St. Trenton NJ08611

6 Floor.